**No. 10-5519. Michael J. Kriz, Petitioner v. 12th Judicial District Board of Mental Health of Box Butte County, et al.**

562 U.S. 926, 131 S. Ct. 312, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7348, ▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 366 Fed. Appx. 721.

**No. 10-5521. Felton L. Matthews, Petitioner v. Clark County Detention Center, et al.**

562 U.S. 927, 131 S. Ct. 313, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7345.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5523. Lonnie Williams, Petitioner v. Unknown Jones, et al.**

562 U.S. 927, 131 S. Ct. 313, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7291.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5524. Lionel Taplin, Petitioner v. James A. Yates, Warden.**

562 U.S. 927, 131 S. Ct. 313, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7411.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 356 Fed. Appx. 936.

**No. 10-5526. Peter Mrina, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 927, 131 S. Ct. 313, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7293.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 966.

**No. 10-5527. Nathasha R. Scott, Petitioner v. JP Morgan Chase Bank.**

562 U.S. 927, 131 S. Ct. 314, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7248.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 528.

**No. 10-5528. Virginia Y. Soentgen, Petitioner v. Pennsylvania.**

562 U.S. 927, 131 S. Ct. 314, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7127, ▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 981 A.2d 935.

**No. 10-5529. Jeffrey Wayne Wansley, Petitioner v. Ronald King, et al.**

562 U.S. 927, 131 S. Ct. 314, 178 L. Ed. 2d 204, 2010 U.S. LEXIS 7583.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.